IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

NICHOLAS JADE HERRMANN,

       Defendant.

2:25-CR-045-Z-BR-(1)

## ORDER

Before the Court is the Government's Unopposed Motion for Leave to File Out of Time Government's Response to Defendant's Response to the PSR Addendum ("Motion"). ECF No. 57. In the Motion, the Government requests the Court's leave to file an untimely response to Defendant's response to the Addendum. Having reviewed the Motion and the relevant law, the Court hereby **GRANTS** the Motion.

       **SO ORDERED**.

       May 27, 2026.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE