IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

NICHOLAS JADE HERRMANN

2:25-CR-045-Z-BR-(1)

## NOTICE OF RIGHT TO APPEAL

After sentence having been imposed against me on this date following my plea of guilty (or, if applicable, my plea of nolo contendere), the Court has advised me that I have the following rights as per the Plea Agreement:

1.      to appeal my sentence to the United States Court of Appeals for the Fifth Circuit, New Orleans;

2.      if I am unable to pay the cost of an appeal, to apply for leave to appeal without cost to me; and

3.      if I request, to have the clerk of the Court prepare and file forthwith a notice of appeal on my behalf (see Rule 32, Federal Rules of Criminal Procedure).

The Court further advised me:

4.      that, generally speaking, any notice of appeal that I desire to file must be filed in this Court within fourteen (14) days after entry of my judgment of conviction or other order appealed from (see Rule 4, Federal Rules of Appellate Procedure);

5.      that my attorney will help me appeal in this matter if I elect to appeal;

6.      that, if I desire to remain on the same conditions of release and bond that existed at the time of sentencing, my attorney should file a written motion requesting that such conditions of release and bond be continued pending appeal, and where there

is a surety on the existing bond, the Court must be provided with either a written notification by that surety or by a statement in open court on the record by that surety, that the surety is aware of my conviction and that the surety ratifies the existing bond and agrees to remain on such bond until the appeal process is completed and I commence service of any sentence of confinement that was imposed; and

7.    that I must comply with all applicable rules governing my right of appeal to avoid prejudicing or losing that right.

June \_\_\_, 2026.

_____
Defendant's Signature

_____
Defense Counsel

_____
Matthew J. Kacsmaryk
UNITED STATES DISTRICT JUDGE